78,951-03

In the State of Texas

Ex Rel Charles Laymon Cox

v

State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 17 2015
Abel Acosta, Clerk

MOTION DENIED
DATE:
BY: PC

In the Court of
Criminal Appeals
Austin, Texas
WR-78-951-03
C-213-009413-0647447-A

## Notice of Incomplete Record
## &
## Motion for Temporary Abeyence of Writ

Pursuant to Tex. R. App. Proc. Clerk's Record, Rule 34.5 § (c), (1) Supplementation, If any relevent item has been Omitted from the Clerks Record, the trial court, the appellate court or any party may by letter direct the court clerk to prepare certify, and file in the appellate court a supplement containing the omitted item; and Section (d) Defects or Inaccuries, If the clerk's record is defective or inaccurate, the appellate clerk must inform the trial clerk of the defect or inaccuracey and instruct the clerk to make the correction.

Therefore Relator Charles Laymon Cox, states there is an inaccuracey in the Case No. so named above C-213-009413-0647447-A transmitted from the trial court to the Court of Criminal Appeals WR-78,951-03, and brings to this Court's attention a discrepancy of the record. Whereby a RoseMary Follis requested a copy of the Entire Writ File C-213-009413-0647447-A from the District Clerk Thomas A. Wilder Criminal Records, Fort Worth, Texas, that state there are Two hundred and Fifty (250) pages. see exhibit (A), dated January 23, 2015. And upon inspection of this file there are relevent items omitted from the file.

1

## Motion for Temporary Abeyence of Writ

Therefore upon the premise and issue presented by the Notice of Incomplete Record, Relator Charles Laymon Cox, Motions for a Temporary Abeyence of Writ No. WR-78-951-03 of Thirty Days (30) for the Honorable Clerk of the Court of Criminal Appeals to correct the Record, Pursuant to Tex. R. App. Proc. 34.5 § (c), (1) and § (d), and respectfully request an Order from the Honorable Justice of this Court that it be made so.

## Prayer

Premise Considered, Relator Charles Laymon Cox prays that the Honorable Justice grants this Motion for Temporary Abeyence of Writ and so Orders the Record corrected.

March 9, 2015

Respectfully Submitted

Charles L Cox

Charles L. Cox 1463721
Bill Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

## Inmate Declaration

I Charles Laymon Cox 1463721, being presently incarcerated at the Bill Clements Unit, Potter County. Do swear under Penalty of Perjury, that the statements made herein this Document are true and correct to the best of my knowlege.

March 9, 2015

Charles L. Cox

Charles L. Cox 1463721
Bill Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

## Service

I Charles Laymon Cox, Swear under Penalty of Perjury that this Document was placed into the custody of the Bill Clements Mail Room via the Inmate Drop Box on March 9, 2015. And will consider it served by the United States Postal Stamp affixed.

March 9, 2015

Charles L. Cox
Charles L. Cox 1463721
Bill Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

## Certificate of Compliance

I Charles Loymon Cox, Certify that this Document is in Compliance with this Rule.

March 9, 2015

Charles L. Cox
Charles L. Cox 1463721
Bill Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

4



# TARRANT COUNTY

Thomas A. Wilder
District Clerk

## COST BILL

TO:  ROSEMARY FOLLIS
SOUTH AUSTIN MARKET PLACE
2101 EAST BEN WHITE BLVD
SUITE 306
AUSTIN, TEXAS 78741

Re:    Your request dated January 23, 2015 for records of CHARLES LAYMAN COX, DOB 5/25/1953, Cause Number C-213-009413-0647447-A. FOR COPIES OF THE ENTIRE WRIT FILE, PLEASE SEND THE NECESSARY PAYMENT. **250 pages**

Record Search $5.00 per name (Gov Code 51.318(b)(4))   $ _____
Certified Copies @ $1.00 per page (Gov Code 51.318(b)(7))   $ _____
Non-Certified Copies @ $.35 per page (Gov Code 51.319(3))   $  87.50
                                                    **TOTAL DUE**   $  87.50

DUE AND PAYABLE UPON RECEIPT TO:

TARRANT COUNTY DISTRICT CLERK
CRIMINAL RECORDS
401 W. BELKNAP
FORT WORTH, TX 76196

Deputy District Clerk

(B)

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

MAY 27 2014

TIME_____10:33_____
BY_____SR)_____ DEPUTY

C-213-009413-0647447-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 213th JUDICIAL |
| | § | |
| | § | DISTRICT COURT |
| | § | |
| CHARLES LAYMAN COX | § | TARRANT COUNTY, TEXAS |

## ORDER CLOSING EVIDENCE IN 15 DAYS

The Court has before it Applicant's Application for Writ of Habeas Corpus, filed under Article 11.07 of the Texas Code of Criminal Procedure.

**IT IS ORDERED** that any additional evidence, proposed findings or memoranda be submitted to the Court **within fifteen days** of the date of this order, unless an extension has been granted to the parties.

Thereafter, the Court will consider the record closed and will proceed to a decision in this matter.

The **Clerk of the Court** is **ORDERED** to send a copy of this order to the **Applicant** at his current known address and to the **Appellate Section** of the Tarrant County District Attorney's Office.

SIGNED AND ENTERED this 27th day of May, 2014.

CHARLES P. REYNOLDS
CRIMINAL MAGISTRATE
TARRANT COUNTY, TEXAS

(C)

C-213-009413-0647447-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 213th JUDICIAL |
| | § | |
| | § | DISTRICT COURT OF |
| | § | |
| CHARLES LAYMON COX | § | TARRANT COUNTY, TEXAS |
| AKA CHARLES LAYMAN COX | § | |

## ORDER

The Court adopts the State's proposed Memorandum, Findings of Fact and Conclusions of Law as its own with the following modification:

1. Conclusion of Law number "14" is modified to read as follows:

"Applicant has failed to prove the State presented false testimony." *See* Memorandum, p. 10."

Accordingly, this Court **RECOMMENDS** that the relief Applicant requests be **DENIED**. The Court further orders and directs:

The **Clerk of this Court** to file these findings and transmit them along with the Writ Transcript to the Clerk of the Court of Criminal Appeals as required by law.

The **Clerk of this Court** to furnish a copy of the Court's findings to Applicant, at his most recent address, and to the appellate section of the Tarrant County Criminal District Attorney's Office.

SIGNED AND ENTERED this _9th_ day of _June_ , 2014.

_____
JUDGE PRESIDING
213th DISTRICT COURT
TARRANT COUNTY, TEXAS